[No. 36625-4-I.    Division One.    August 26, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JUDITH
DIANE WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-00848-4, Steven G. Scott, J., entered May
9, 1995. *Reversed* by unpublished opinion per Webster, J.,
concurred in by Baker, C.J., and Grosse, J.

[No. 13905-1-III.    Division Three.    August 27, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. RAY
BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Dou-
glas County, No. 93-1-00089-1, Ted W. Small, J., entered
February 18, 1994. *Affirmed* by unpublished opinion per
Thompson, J., concurred in by Sweeney, C.J., and Schul-
theis, J.

[No. 14019-9-III.    Division Three.    August 27, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. SHANE
GARY WHITE, *Respondent*.

Appeal from a judgment of the Superior Court for Frank-
lin County, No. 93-1-50263-9, Duane E. Taber, J., entered
June 1, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 14610-3-III.    Division Three.    August 27, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
LEE ZARO, *Appellant*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 94-1-00243-8, Donald W. Schacht, J.,
entered December 27, 1994. *Affirmed in part* and *reversed
in part* by unpublished opinion per Thompson, J., con-
curred in by Schultheis, A.C.J., and Munson, J.